No. 461. SALOMON v. CITY OF NEW YORK. December 6, 1943. Petition for writ of certiorari to the Circuit

Court of Appeals for the Second Circuit denied. *George F. Salomon, pro se. Mr. Leo Brown* for respondent.